IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) MATEO MALDONADO-CABRERA<br>a/k/a Teo (Counts One and Two)<br>2) JAVIER REYES-TORRES<br>a/k/a Héctor (Counts One and Two)<br>3) NORMA I. CARTAGENA<br>a/k/a Ive (Counts One and Two)<br>4) RAULMEDINA-CRUZ<br>a/k/a Juanito (Counts One and Two)<br>5) NORMA J. FLORES-COLON<br>a/k/a Judith (Counts One and Two)<br>6) LUIS D. MARTINEZ-RUIZ<br>a/k/a Davisito (Counts One and Two)<br>**7) RUBEN LUGO-CARTAGENA**<br>a/k/a Rubencito (Counts One and Two)<br>8) JOSEAN PIÑERO-RODRIGUEZ<br>a/k/a Josean (Counts One and Two)<br>9) JOSE MIGUEL VEGA-RIVERA<br> a/k/a Gelín (Counts One and Two)<br>10) MARCOS CHUPANI-MALAVE<br>a/k/a Marquitos (Counts One and Two)<br><br>Defendant | CRIMINAL 05-0133CCC |

**O R D E R**

Having considered the Report and Recommendation filed on May 22, 2006 **(docket entry 241)** on a Rule 11 proceeding of defendant Rubén Lugo-Cartagena held before Chief U.S. Magistrate Judge Justo Arenas on May 19, 2006, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Rubén Lugo-Cartagena is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 19, 2006.  The **sentencing hearing is set for August 24, 2006 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on May 31, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge